IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 DEC 18 PM 2 11

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| SHARON M. SCHULTZ, as WRONGFUL DEATH REPRESENTATIVE of the deceased person, DENNIS WAYNE SCHULTZ; and on behalf of herself and CANDACE K. WEST and JACQUELINE L. LYNN, <br><br> Plaintiff(s), <br><br> vs. <br><br> DAIMLER TRUCKS NORTH AMERICA, LLC, et al., <br><br> Defendant(s). | Case No. 2:12-CV-228-SWS |

**ORDER GRANTING DEFENDANT SWIFT TRANSPORTATION CO.'S MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the *Motion for Summary Judgment* filed by Defendant Swift Transportation Co. of Arizona, LLC (ECF No. 52). In light of Plaintiff's *Non-Opposition* to Defendant's motion (ECF No. 60), the Court finds the motion should be granted for the reasons stated in the motion and Plaintiff's non-opposition thereto. THEREFORE, it is hereby ORDERED that Defendant's *Motion for Summary Judgment* is GRANTED.

Dated this 18th day of Dec., 2013.

Scott W. Skavdahl
United States District Judge